IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD L. WALKUP AND JEAN G. WALKUP,**<br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**SANTANDER BANK, N.A. AND PHH MORTGAGE CORPORATION,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  15-3929** |

## O R D E R

**AND NOW**, this 2nd day of December, 2015, upon consideration of Defendants Santander Bank, N.A. ("Santander") and PHH Mortgage Corporation's ("PHH") Motion to Dismiss for Failure to State a Claim [ECF No. 14]; Plaintiffs Richard L. Walkup and Jean G. Walkup's Response in Opposition thereto [ECF No. 17]; and Defendants' Reply in Support thereof [ECF No. 18], **IT IS ORDERED** that the motion to dismiss is **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

　　　The Clerk of the Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**